ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

May 21, 2014

To:     Counsel of Record

Re:     Rowland v. JPMORGAN CHASE BANK, N.A.
        Case No. C 14-00036 LB MED

Dear Counsel:

The ADR Program would like to convene a conference call with a member of the ADR Program Legal Staff to discuss the ADR referral.  We have scheduled this call for **Tuesday, May 27, 2014 at 10:30 AM Pacific time.**

For the convenience of the parties and in lieu of ADR L.R. 3-5(d)(2), the court has arranged for a dial-in conference line for this call.  The call-in service that the court uses does require a long-distance telephone call.  The call-in information is as follows:

**Call-in Number:     712-775-7400**

**Access Code:        1043914**

If we do not hear otherwise we will assume you are available.  Please call me 415-522-3148 if you have any questions.

Thank you for your attention to this matter.

Sincerely,

/s/

Alice Fiel
ADR Case Administrator